## 18943.   GREENBLATT *v.* McCURDY.

BELL, J.   1. "In an action for damages for a conversion of personalty, proof of title to the property in the plaintiff, possession in the defendant, a demand for possession, and a refusal by the defendant to surrender the property to the plaintiff, prior to the filing of the suit, makes a prima facie case for recovery, although it does not appear that the defendant was in possession at the time the suit was filed." *Chambless* v. *Livingston,* 123 *Ga.* 257 (2) (51 S. E. 314); *Farrar Lumber Co.* v. *Pickering,* 22 *Ga. App.* 404 (2) (95 S. E. 1001); *Planters Warehouse* v. *Sims,* 35 *Ga. App.* 212 (2) (132 S. E. 252).

2. The evidence introduced by the plaintiff in this case was sufficient to establish a prima facie case of conversion by the defendant; and, there being material conflicts in the testimony, the evidence of the defendant did not conclusively rebut the inference of such conversion. *Mitchell* v. *Atlantic Coast Line R. Co.,* 34 *Ga. App.* 437 (129 S. E. 901); *Mitchell* v. *Martel Mfg. Co.,* 27 *Ga. App.* 57 (107 S. E. 600); *Blackwell* v. *Dannenberg Co.,* 32 *Ga. App.* 307 (2) (123 S. E. 179). The superior court did not err in dismissing the certiorari.

  *Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.*

  DECIDED JANUARY 22, 1929.

*D. K. Johnston,* for plaintiffs in error.   *Paul L. Lindsay,* contra.